**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DANIEL F. JOYCE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  3:11-CV-3152-D** |
| | ) | |
| **DALLAS INDEPENDENT SCHOOL** | ) | |
| **DISTRICT, et. al,** | ) | |
| **Defendants.** | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

January 26, 2012.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE